# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN DAVIS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-2468 |
| | : | |
| **DIRECT SCREENING** | : | |

## ORDER

**AND NOW**, this 30th day of January 2024, upon considering defendant's motion for summary judgment (DI 21), plaintiff's opposition (DI 22), defendant's reply (DI 23), following oral argument held with all counsel on January 26, 2024, and for reasons in the accompanying memorandum, it is **ORDERED** defendant's motion for summary judgment (DI 21) is **GRANTED** and we enter final judgment in favor of defendant Direct Screening and against plaintiff Ryan Davis. The Clerk of Court shall **close** this case.

**MURPHY, J.**